Bradley J. Luck
Isaac M. Kantor
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
bjluck@garlington.com
imkantor@garlington.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ULTRA GRAPHICS, LLC, EMILY E. JONES, and JACOB L. EATON<br><br>　　　　Defendants. | CV-17-143-BLG-SPW-TJC<br><br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

　　　　IT IS HEREBY STIPULATED, by and between the parties, that the above-entitled action has been fully and finally resolved, and the parties move the Court for its order dismissing this matter, with prejudice.  All parties whose signature

lines appear in this document have consented to its filing.

DATED this 21st day of March, 2018.

                                        /s/  Isaac M. Kantor
                              Attorneys for Plaintiff

                                        /s/  Katherine Huso
                              Attorneys for Defendants