

FILED

MAR 2 1 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS,<br><br>Plaintiff,<br><br>v.<br><br>ULTRA GRAPHICS, LLC, EMILY E. JONES, and JACOB L. EATON<br><br>Defendants. | CV-17-143-BLG-SPW-TJC<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 9), and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Complaint filed herein is DISMISSED WITH PREJUDICE. Each party shall bear their own costs.

DATED this 21st day of March, 2018.

SUSAN P. WATTERS
U. S. District Court Judge

1